UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREIGHTMASTER USA, LLC,<br>   *Plaintiff*,<br>v.<br>FEDEX, INC.,<br>   *Defendant*. | Civil No.: 14-3229 (KSH) (CLW)<br><br>**Order** |

**Katharine S. Hayden, U.S.D.J.**

  **THIS MATTER** having come before the Court upon the motion to dismiss [D.E. 5] filed by defendant FedEx Freight, Inc. (improperly pled as "Fedex, Inc."); and for the reasons set forth in the opinion filed herewith,

  **IT IS** on this 31st day of March 2015, hereby

  **ORDERED** that the motion to dismiss counts 3 and 5 is granted; and it is further

  **ORDERED** that the motion to dismiss for insufficient service and service of process, the Entire Controversy Doctrine, and the statute of limitations is denied; and it is further

  **ORDERED** that plaintiff Freightmaster USA, LLC, shall have 15 days from the entry of this order to re-serve defendant FedEx Freight, Inc. in accordance with Federal Rules of Civil Procedure.

                /s/ Katharine S. Hayden_____
                Katharine S. Hayden, U.S.D.J.