**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FREIGHTMASTER USA, LLC.,

    *Plaintiff*,

v.

FEDEX FREIGHT, INC.,

    *Defendants*.

Civil No. 2:14-3229 (KSH) (CLW)

**ORDER**

For the reasons expressed in the accompanying opinion,

It is on this 29th day of December, 2016, hereby

**ORDERED** that plaintiff Freightmaster's complaint is **DISMISSED** for lack of standing, and alternatively, the complaint is **DISMISSED** on the grounds raised in defendant's motion under Rule 56.

                        s/ Katharine S. Hayden_____
                        Katharine S. Hayden, U.S.D.J.